# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Case No.    SACV 08-0669 DOC                                    Date    September 10, 2008

Title    MICKAYLEE RHODES -V- NOVELLA RHODES-MCBRIDE
================================================================================
**HON. DAVID O. CARTER, JUDGE**

Nancy Boehme                         Not Present
Deputy Clerk                         Court Reporter

**ATTORNEYS PRESENT FOR PLAINTIFFS:**    **ATTORNEYS PRESENT FOR DEFENDANTS:**

   None present                             None present


**PROCEEDINGS:**    (In Chambers)  ORDER TO SHOW CAUSE RE DISMISSAL FOR
                                   LACK OF PROSECUTION

   The Court on its own motion, hereby orders plaintiff(s) to show cause in writing no later than September 19, 2008 why this action should not be dismissed for lack of prosecution.  The Court notes in this regard that, absent a showing of good cause, an action shall be dismissed if the summons and complaint have not been served within 120 days after the filing of the complaint.  Fed. R. Civ. P. 4(m).  An action may be dismissed prior to such time if plaintiff(s) has/have not diligently prosecuted the action.  No oral argument will be heard unless otherwise ordered by the Court.  The Order to Show Cause will stand submitted upon the filing of plaintiff(s) response.  No response is required if a responsive pleading or proof of service (indicating proper service in full compliance with the Federal Rules) has been filed on or before the date upon which the response is due.

   The Clerk shall serve this minute order on counsel for all parties in this action.


**MINUTES FORM 11**                                         **INITIALS OF DEPUTY CLERK**  nkb
**CIVIL - GEN**